UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 29, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID SAL CONTRERAZ,

    Defendant.

Case No. 2:24-mj-00052-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID SAL CONTRERAZ, Case No. 2:24-mj-00052-JDP, Charge 21 U.S.C. §§ 846, 841(a)(1), from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ 25,000.00

        _X_ Unsecured Appearance Bond $ 25,000.00

        \_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_ Appearance Bond with Surety

        \_\_\_\_ Corporate Surety Bail Bond

        _X_ (Other): The Defendant shall report to the Northern District of California, 280 S. 1st Street, San Jose, CA 95133 on 5/2/2024 at 1:00 p.m.

Sacramento County Jail is further ORDERED to release the defendant with a _X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 29, 2024 at 2:25 p.m.

By: _/s/ Jeremy Peterson_
Magistrate Judge Jeremy D. Peterson